UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
RONALD GRUTZ,                            :
                                         :
          Plaintiff,                     :   CASE NO.: 1:19-cv-04802
                                         :
    -against-                            :
                                         :
                                         :
MELLANOX TECHNOLOGIES, LTD.,             :
IRWIN FEDERMAN, UMESH PADVAL,            :
STEVE SANGHI, AMAL M. JOHNSON,           :
GLENDA DORCHAK, DAVID                    :
PERLMUTTER, JON A. OLSON, GREGORY        :
L. WATERS, EYAL WALDMAN, and JACK        :
R. LAZAR,                                :
          Defendants.                    :
---------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 2, 2019              Respectfully Submitted,

                                    **MONTEVERDE & ASSOCIATES PC**

                                    */s/ Juan E. Monteverde*
                                    Juan E. Monteverde
                                    The Empire State Building
                                    350 Fifth Avenue, Suite 4405
                                    New York, New York 10118
                                    Tel: 212-971-1341
                                    Fax: 212-202-7880

                                    *Attorney for Plaintiff*